**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

***In Re: Coloplast Corp.,***
***Pelvic Support System Products Liability Litigation***
***MDL No. 2387***
Civil Action No. 2:13-cv-13515

---

**SHORT FORM COMPLAINT**

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2387 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   Patricia Weller

2. Plaintiff Spouse

   Michael Weller

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

4. State of Residence

   South Carolina

5. District Court and Division in which venue would be proper absent direct filing

   District of South Carolina, Beaufort Division

6. Defendants (Check Defendants against whom Complaint is made):

   ☑ A. Mentor Worldwide LLC

- [x] B. Coloplast Corp.
- [ ] C. American Medical Systems, Inc. (“AMS”)
- [ ] D. Ethicon, Inc.
- [ ] E. Ethicon, LLC
- [ ] F. Johnson & Johnson
- [ ] G. Boston Scientific Corporation
- [ ] H. C. R. Bard, Inc. (“Bard”)
- [ ] I. Sofradim Production SAS (“Sofradim”)
- [ ] J. Tissue Science Laboratories Limited (“TSL”)

7. Basis of Jurisdiction

- [x] Diversity of Citizenship
- [ ] Other: ______________

A. Paragraphs in First Amended Master Complaint upon which venue and jurisdiction lie:

Paragraphs 1-21

______________

______________

B. Other allegations of jurisdiction and venue

______________

______________

______________

______________

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

- ☐ A. T-Sling-Universal Polypropylene Sling;
- ☑ B. Aris-Transobturator Sling System;
- ☐ C. Supris-Suprapubic Sling System;
- ☐ D. Novasilk-Synthetic Flat Mesh;
- ☐ E. Suspend-Tutoplast Processed Fascia Lata;
- ☐ F. Exair-Prolapse Repair System;
- ☐ G. Axis-Tutoplast Processed Dermis;
- ☐ H. Restorelle;
- ☐ I. Smartmesh;
- ☐ J. Omnisure;
- ☐ K. Minitape;
- ☐ L. Coloplast Mesh Product(s), specific product name(s) unknown at present;
- ☐ M. Non-Coloplast Mesh Product(s) known as ____________________; and/or
- ☐ N. Other: ____________________________________________

____________________________________________________________

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products)

- ☐ A. T-Sling-Universal Polypropylene Sling;
- ☑ B. Aris-Transobturator Sling System;
- ☐ C. Supris-Suprapubic Sling System;
- ☐ D. Novasilk-Synthetic Flat Mesh;
- ☐ E. Suspend-Tutoplast Processed Fascia Lata;
- ☐ F. Exair-Prolapse Repair System;
- ☐ G. Axis-Tutoplast Processed Dermis;

- ☐ H. Restorelle;
- ☐ I. Smartmesh;
- ☐ J. Omnisure;
- ☐ K. Minitape;
- ☐ L. Coloplast Mesh Product(s), specific product name(s) unknown at present;
- ☐ M. Non-Coloplast Mesh Product(s) known as ______________________;
- ☐ N. Other: ______________________

10. Date of Implantation as to Each Product

7/20/2010

11. Hospital(s) where Plaintiff was implanted (including City and State)

Naval Hospital Beaufort

Beaufort, SC

12. Implanting Surgeon(s)

Mark Allen, LCDR, MC, USNR

13. Counts in the Master Complaint brought by Plaintiff(s)

- ☑ Count I - Negligence
- ☑ Count II - Strict Liability – Design Defect
- ☑ Count III - Strict Liability – Manufacturing Defect
- ☑ Count IV - Strict Liability – Failure to Warn
- ☑ Count V - Strict Liability – Defective Product
- ☑ Count VI - Breach of Express Warranty

- ☑ Count VII - Breach of Implied Warranty
- ☑ Count VIII - Fraudulent Concealment
- ☑ Count IX - Constructive Fraud
- ☑ Count X - Discovery Rule, Tolling and Fraudulent Concealment
- ☑ Count XI - Negligent Misrepresentation
- ☑ Count XII - Negligent Infliction of Emotional Distress
- ☑ Count XIII - Violation of Consumer Protection Laws
- ☑ Count XIV - Gross Negligence
- ☑ Count XV - Unjust Enrichment
- ☑ Count XVI - (By the Spouse) – Loss of Consortium
- ☑ Count XVII - Punitive Damages
- ☑ Other see below (please state the facts supporting this Count in the space, immediately below)

Consumer Protection Statute: S.C. Code Ann. § 37-1-101 et seq.

/s/ Michael S. Kruse

Attorneys for Plaintiff

Michael S. Kruse

Mark R. Niemeyer

James G. Onder

Address and bar information:

Michael S. Kruse, Bar No. 57818MO
Mark R. Niemeyer, Bar No. 72407MO
James G. Onder, Bar No. 38049MO

Onder, Shelton, O'Leary & Peterson, LLC
110 E. Lockwood, 2nd Floor
St. Louis, MO 63119
314-963-9000 telephone
314-963-1700 facsimile